IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00908-EWN-MJW

WENDY BUFFINGTON,

Plaintiff,

v.

PROGRESSIVE DIRECT INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend Pleadings to Add an Additional Party (Docket No. 11) is granted, and the tendered First Amended Complaint (Docket No. 12) is accepted for filing as of the date of this Minute Order.

Date: September 9, 2008