IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00908-MSK-MJW

WENDY BUFFINGTON,

    Plaintiff,

v.

UNITED SERVICE AUTOMOBILE ASSOCIATION,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE**

---

THIS MATTER is before the Court on the Plaintiff's Motion to Dismiss Defendant USAA With Prjeudice Pursuant to Colo.R.Civ.P. 41 **(#20)** filed November 4, 2008. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**. All claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 4th day of November, 2008.

                      **BY THE COURT:**

                      *Marcia S. Krieger*
                      _____
                      Marcia S. Krieger
                      United States District Judge